IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:22-CR-00033 (WLS-TQL) |
| | : |
| IAIN P. HINZMAN, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

Before the Court is a "Joint Motion for Continuance" filed by Government on October 3, 2022. (Doc. 22). Therein, Government and Defendant request a continuance to the next Valdosta trial term because Parties have not been able to engage in meaningful effort to resolve the matter without the need for trial, and Defendant needs time to review discovery and consider potential needs for motions or additional information. (*Id.* at 2–3).

Defendant was indicted on a two-count indictment on September 13, 2022, which charged him with Possession of Child Pornography in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2). He was arraigned before United States Magistrate Judge Thomas Q. Langstaff on September 16, 2022. (Doc. 11). That same day, Defendant entered a plea of not guilty and was released on an unsecured bond pending trial. (Docs. 13; 14; 15).

Based on Defendant's stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of Defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, Government's Joint Motion for Continuance (Doc. 22) is **GRANTED.** The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division February 2023 trial term beginning on February 6, 2023, and its conclusion, or as may otherwise be ordered by the Court. Accordingly, the pretrial conference set on October 19, 2022, is **CANCELED**. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial

in this case and finds that the failure to grant a continuance would likely result in a miscarriage of injustice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 4th day of October 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**