IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:22-CR-00033 (WLS-TQL) |
| | : |
| IAIN P. HINZMAN, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

# ORDER

Before the Court is Defendant's Unopposed Motion to Continue, which was filed on January 4, 2023. (Doc. 28). Therein, Defendant requests a continuance to the next Valdosta trial term to provide Defendant's new counsel with sufficient time to prepare a comprehensive defense and file pre-trial motions, if any. (*Id.*) The Court notes for the purposes of the record that Defendant's new counsel entered their notice of appearance on December 30, 2022 and that this is the second time that a continuance has been requested in this case. (Docs. 22 & 27.)

Defendant was indicted on a two-count indictment on September 13, 2022, which charged him with Possession of Child Pornography in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2). He was arraigned before United States Magistrate Judge Thomas Q. Langstaff on September 16, 2022. (Doc. 11). That same day, Defendant entered a plea of not guilty and was released on an unsecured bond pending trial. (Docs. 13; 14; 15).

Based on Defendant's stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of Defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, Defendant's Unopposed Motion to Continue Trial (Doc. 28) is **GRANTED.** The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division May 2023 trial term beginning on May 8, 2023, and its conclusion, or as may otherwise be ordered by the Court. Accordingly, the pretrial conference set on January 17, 2023, is **CANCELED**. Furthermore,

it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of injustice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 6th day of January 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**