IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> v. : <br> : Case No.: 7:22-CR-00033 (WLS-TQL-1) <br> : <br> IAIN P HINZMAN, : <br> : <br> : <br> Defendant. : <br> : | |

## ORDER

Before the Court is a Joint Motion to Continue in the Interests of Justice submitted by the Government on March 20, 2023. (Doc. 34). Therein, both Parties requests the Court to continue the case to the next available Valdosta trial term because additional time is needed so that they can brief the pending motions. (*Id.*) On March 20, 2023, Defendant filed a Motion for Bill of Particulars (Doc. 31) and a Motion to Suppress (Doc. 32). The Government also notes that these issues "will need to be briefed and a determination will need to be made whether an evidentiary hearing will be required on the motion." (Doc. 34).

Based on the Parties' stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the motion to continue (Doc. 23) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division August 2023 trial term beginning on August 7, 2023, and its conclusion, or as may otherwise be ordered by the Court.

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 23rd day of March 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**