IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Case No.: 7:22-CR-00033 (WLS-TQL-1) |
| IAIN P HINZMAN, | : |
| Defendant. | : |

## ORDER

Presently before the Court is Defendant's Motion to Suppress (Doc. 32), filed on March 20, 2023. The Government filed its Response (Doc. 40) on April 28, 2023. Subsequently, Defendant filed a Reply. (Doc. 41).

The Court finds that a hearing on the Motion to Suppress, as requested by Defendant, is necessary. (Doc. 32-1, at 15). Accordingly, the Court hereby **ORDERS** that an in-person, evidentiary hearing on the Motion to Suppress is scheduled for **Tuesday, June 20, 2023, at 11 AM** in the Albany Courthouse.

**SO ORDERED**, this   18th   day of May 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**