IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:22-CR-00033 (WLS-TQL-1) |
| | : |
| IAIN P HINZMAN, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

Presently before the Court is Defendant's "Withdrawal of Motion to Suppress" (Doc. 44), filed on June 11, 2023. Therein, Defendant notes that "after negotiation with the Government and in anticipation of a negotiated plea," he withdraws his pending Motion to Suppress (Doc. 32) without prejudice. (Doc. 44). Defendant further notes that the Government does not oppose his withdrawal. (*Id.*)

The Court issues this Order to acknowledge Defendant's Withdrawal of Motion to Suppress Without Prejudice (Doc. 44) and to note for the record that the Government does not object to Defendant's withdrawal of his Motion to Suppress.

**SO ORDERED**, this __13th__ day of June 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1